UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

PAUL D. OPSHINSKY,            :
                              :
        Plaintiff             :
                              :   CIVIL NO. 3:CV-05-1901
     -vs-                     :
                              :   (Judge Kosik)
                              :
WING ENTERPRISES, INC.,       :
d/b/a LITTLE GIANT LADDER     :
COMPANY a/k/a LITTLE GIANT    :
LADDER SYSTEMS,               :
                              :
        Defendant:

## **ORDER**

Counsel having reported to the court that the above-captioned case has been settled, it is hereby ordered that this case is **DISMISSED** without costs and without prejudice to the right, upon good cause shown within sixty (60) days, to reinstate the action if the settlement is not consummated.

                              *s/Edwin M. Kosik*
                              United States District Judge

Dated: August 15,2007